# Third District Court of Appeal

## State of Florida

Opinion filed October 7, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-1740
Lower Tribunal No. 14-23595-CA-20

_____

## Tower Hill Prime Insurance Company,
Appellant,

vs.

## Alfredo Torralbas,
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Hon. William L. Thomas, Judge.

Koch Parafinczuk & Wolf, P.A., and Jason B. Wolf, Justin R. Parafinczuk, and Coleen M. Crocco (Fort Lauderdale), for appellant.

The Deiner Firm, P.A., and Eric Deiner, for appellee.


Before WELLS, SHEPHERD, and LOGUE, JJ.

LOGUE, J.

Tower Hill Prime Insurance Company appeals an order determining Alfredo Torralbas' entitlement to attorney's fees and costs. An order that merely determines entitlement to attorney's fees without actually awarding an amount of fees is not final and, therefore, not appealable. Reid v. Estate of Sonder, 63 So. 3d 7, 11 (Fla. 3d DCA 2011) ("It is well established that an order granting entitlement to fees is a non-final, non-appealable order until the amount of the fee is set."). While the order under appeal determines Torralbas' entitlement, it does not set the amount of the fees and costs. This Court therefore lacks appellate jurisdiction to review the order.

Dismissed.